

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacer Construction Holdings Corporation,<br><br>                              **Plaintiff,**<br>V.<br><br>Richard Pelletier; Richard Pelletier Holdings Inc.,<br><br>                              **Defendant.** | Civil Action No. 19-cv-01263-MMA-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Petitioner and against Respondents as provided for in the Awards. To the extent Petitioner seeks to obtain costs pursuant to 28 U.S.C. § 1920, the Court finds that Petitioner is entitled to such costs. Petitioner can apply with the Clerk of Court for such costs consistent with the procedure set forth in Civil LR 54.1. The Court declines to retain jurisdiction to enforce the Awards.

| | |
|---|---|
| **Date:**         2/28/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ T. Ferris<br>                                                   T. Ferris, Deputy |